UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| TESS WILTZ, ET AL. | *CIVIL ACTION NO. 08-2024 |
| VS. | *JUDGE HAIK |
| BAYER CROPSCIENCE, LP., ET AL. | *MAGISTRATE JUDGE HILL |

## ORDER

Pending before the court is the Motion for Permissive Intervention filed by Beaucoup Crawfish of Eunice, Inc. ("Beaucoup"). [rec. doc. 38].  By this Motion, Beaucoup seeks to become an additional class representative in this action.  The defendants, Bayer CropScience LP and Allianz Global Risks US Insurance Company, have filed Opposition in which they admit that there is no case law prohibiting the requested permissive intervention, but noting that should the intervention be granted, they will urge this court to abstain from exercising jurisdiction over this action pursuant to the *Colorado River Water Conservation District v. United States*, 424 U.S. 800, 96 S.Ct. 1236 (1976). [rec. doc. 41].  The plaintiff has not filed a Motion to Withdraw  the Motion for Permissive Intervention, after having been granted an opportunity to do so. [*See* rec. doc. 42].  Under the circumstances;

The Motion for Permissive Intervention [rec. doc. 38] is **granted.**

Signed October 22, 2009, at Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE