RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 5/6/10
BY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TESS WILTZ d/b/a OPELOUSAS CRAWFISH HOUSE, Individually and on Behalf of a Class of Similarly Situated Persons | CASE NO. 6:08-CV-2024-RTH-CMH |
| VERSUS | JUDGE RICHARD T. HAIK |
| BAYER CROPSCIENCE, L.P., ET AL | MAGISTRATE JUDGE C. MICHAEL HILL |

## JUDGMENT ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

On April 15, 2010, the Court heard oral argument on Motions for Summary Judgment filed by Defendants, BAYER CROPSCIENCE, L.P. and ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, against Plaintiff, TESS WILTZ d/b/a OPELOUSAS CRAWFISH HOUSE, [Doc. 61] and Plaintiff-In-Intervention, DEXTER GUILLORY d/b/a BEAUCOUP CRAWFISH OF EUNICE, INC., [Doc. 62]. Considering the law and evidence to be in favor of Defendants and against Plaintiffs and for reasons orally assigned, this Court rules, as a matter of law, that Defendants' Motions for Summary Judgment be and they are hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiffs' claims be and they are DISMISSED.

THUS DONE AND SIGNED at Lafayette, Louisiana this 6 day of May, 2010.

HONORABLE RICHARD T. HAIK
U.S. DISTRICT JUDGE